J. Blake Mayes (No. 024159)
**MAYESTELLES PLLC**
3636 North Central Avenue, Suite 1000
Phoenix, Arizona 85012-1927
Telephone: 602.714.7900
courts@mayestelles.com
Attorney for Debtor

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JESUS PAULINO AND ELIZABETH ADELA RAMOS,<br><br>Debtors. | In Proceedings Under Chapter 7<br><br>Case No.: 2:17-bk-12565-DPC<br><br>**NOTICE OF LIMITED APPEARANCE OF LOCAL COUNSEL FOR LIMITED PURPOSE OF REPRESENTATION OF DEBTOR AT § 341 MEETING** |

COMES NOW, J. Blake Mayes, MayesTelles PLLC and files Notice of Limited Appearance on behalf of Asha Sebastian, attorney at law, who appears in this action as local counsel, serving solely in the capacity as attorney representative at the §341 Meeting of Creditors located at the U.S. Bankruptcy Court, 230 N. First Avenue, suite 102, Phoenix, AZ, 85003 and scheduled on November 27, 2017, 2017 at 9:30am and for the no other purpose. Local counsel's address is set forth below:

Jenkins Law Firm PLLC
4020 N. 20th Street. Suite 100
Phoenix, AZ 85016

The undersigned counsel, J. Blake Mayes, Mayes Telles PLLC., serves as legal counsel to all other matters and proceedings in this case.

. . .

. . .

. . .

. . .

DATED this 22nd day of November 2017.

**MAYESTELLES PLLC**

By: /s/ J. Blake Mayes
    J. Blake Mayes
    Attorney for Debtors

ORIGINAL E-FILED this
22nd day of November 2017, with:

Clerk of the Court
230 N. First Ave, Suite 101
Phoenix, AZ 85003

US Trustee
230 N. First Ave, Suite 204
Phoenix, AZ 85003

Trustee
Maureen Gaughan
PO Box 6729
Phoenix, AZ 85003

COPY E-MAILED this
22nd day of November 2017, to:

J. Paulino and Elizabeth Ramos
laffylr@yahoo.com

*/s/ Martha Arreguin*

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

2